## Case No. 4,561.

### EVANS v. EVANS.

[2 Cranch, C. C. 240.][1]

Circuit Court, District of Columbia. April Term, 1821.

Mr. Jones and Mr. Ashton, for libellant.
Mr. Swann and Mr. Key, for respondents.

THE COURT (nem. con.) considered that circumstance as tantamount to an order by the chancellor, in an issue sent from chancery, that the bill and answer should be read in evidence, and admitted the libel and answer to be read to the jury.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]